NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMBUS INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1483

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BFG TECHNOLOGIES, INC., BIOSTAR MICROTECH (U.S.A.) CORP., BIOSTAR MICROTECH INTERNATIONAL CORP., DIABLOTEK INC., EVGA CORP., G.B.T. INC., GIGA-BYTE TECHNOLOGY CO., LTD., HEWLETT-PACKARD COMPANY, MSI COMPUTER CORP., MICRO-STAR INTERNATIONAL COMPANY, LTD., GRACOM TECHNOLOGIES LLC (FORMERLY KNOWN

AS PALIT MULTIMEDIA INC.), PALIT MICROSYSTEMS
LTD., PINE TECHNOLOGY (MACAO
COMMERCIAL OFFSHORE) LTD.,
AND SPARKLE COMPUTER COMPANY, LTD.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

RAMBUS, INC.,
*Intervenor,*

AND

NVIDIA CORPORATION,
*Intervenor.*

---

2010-1556

---

On appeal from the United States International Trade
Commission in Investigation No. 337-TA-661.

---

NVIDIA CORPORATION,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

RAMBUS, INC.,
*Intervenor.*

---

2010-1557

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

## ON MOTION

---

## O R D E R

The International Trade Commission moves for a 42-day extension of time for the appellee and the intervenors to file their responsive briefs in the respective appeals. The ITC states that NVIDIA Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The responsive briefs of the appellees and the intervenors are due May 9, 2011. No further extensions.

FOR THE COURT

MAR 16 2011                          /s/ Jan Horbaly
Date                                 Jan Horbaly
                                     Clerk

cc: Sidney A. Rosenzweig, Esq.
    I. Neel Chatterjee, Esq.
    J. Michael Jakes, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 16 2011

JAN HORBALY
CLERK